469 A.2d 283

Commonwealth v. Williams, Appellant.

Submitted October 3, 1983. Marilyn J. Gelb, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Affirmed.